IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMILLE A. RICHARDSON,<br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>        Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 12-6575 |

## O R D E R

**AND NOW**, this 11th day of December, 2013, upon consideration of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated November 21, 2013, Plaintiff's Objections to the Magistrate's Report and Recommendations, and the record in this case, and the Court noting that the Magistrate Judge recommended a remand to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for consideration by the Administrative Law Judge of the findings of one of plaintiff's treating physicians, Lawrence S. Forman, D.O., that plaintiff could not sit for more than an hour, could not stand and walk for more than thirty minutes, and was unable to bend, stoop or kneel, and plaintiff, in her Objections having sought additional instructions to the Administrative Law Judge on remand, **IT IS ORDERED** as follows:

      1.     The Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated November 21, 2013, is **APPROVED AND ADOPTED**;

      2.     Plaintiff's Objections to the Magistrate's Report and Recommendations are **OVERRULED** on the ground that more detailed instructions to the Administrative Law Judge on remand are not necessary;

      3.      Plaintiff's Request for Review is **GRANTED** to the extent it seeks a remand to the Commissioner of Social Security for further proceedings and **DENIED** in all other respects;

      4.      The case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for explicit consideration by the Administrative Law Judge of Dr. Lawrence S. Forman's findings that plaintiff could not sit for more than an hour, could not stand and walk for more than thirty minutes, and was unable to bend, stoop or kneel.

      **BY THE COURT:**

      **/s/ Hon. Jan E. DuBois**

      **DuBOIS, JAN E., J.**